**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ALIVELISSE TORRES,

Plaintiff,

-against-

25 **CIVIL** 1032 (NRB)

# JUDGMENT

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK and CONRAIL,

Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 29, 2026, the Court grants Amtrak's motion for summary judgment; accordingly, the case is closed.

**Dated:** New York, New York

July 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**